IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMIE N. GRIMES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NO. 3:19-cv-00585 |
| ) | |
| TONY MAYS, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Respondent. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation, which was filed on August 19, 2022. (Doc. No. 44). Through the Report and Recommendation, the Magistrate Judge recommends that Petitioner's petition for a writ of habeas corpus (Doc. Nos. 1, 10, 11) be denied. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. Nos. 1, 10, 11) is **DENIED** and this action is **DISMISSED**. The Court **DENIES** a certificate of appealability. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE